

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RODERICK MORRISON, | § | No. 08-13-00319-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | Criminal District Court No.6 |
| THE STATE OF TEXAS, | § | |
| | | of Dallas County, Texas |
| Appellee. | § | |
| | | (TC# F-11-56210-X) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be modified to reflect that Appellant was found guilty of the offense of murder in violation of Section 19.02 of the Texas Penal Code.

We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.